446 F.2d 46
 Richard James ROGERS, Plaintiff-Appellant,
v.
WHITE TRUCKS, a division of White Motor Corporation, Birmingham, Alabama, Defendant-Appellee.
 No. 71-1559 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 August 13, 1971.
 Rehearing Denied September 28, 1971.
 
 Appeal from United States District Court, Northern District of Alabama; Frank H. McFadden, District Judge.
 Orzell Billingsley, Jr., Birmingham, Ala., Nathaniel Jones, William Wills, New York City, for plaintiff-appellant.
 C. A. Powell, III, C. John Holditch, Birmingham, Ala., for defendant-appellee; Lange, Simpson, Robinson & Somerville, Birmingham, Ala., of counsel.
 Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed.[1] See Local Rule 21.[2]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 Hyler v. Reynolds Metal Co., 5 Cir., 1970, 434 F.2d 1064
 
 
 [2]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966